UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09
```

MICHAEL G. McPHEE, as administrator of the estate of Greg B. McPhee, deceased,

Plaintiff,

-v-

GENERAL ELECTRIC INTERNATIONAL, INC.,

Defendant.

No. 09 Civ. 7901 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties appeared telephonically for a pre-motion conference on October 14, 2009. As stated on the record, IT IS HEREBY ORDERED that Defendant shall file its motion to dismiss by November 4, 2009; Plaintiff shall file his opposition by November 16, 2009; and Defendant shall file its reply by November 23, 2009. IT IS FURTHER ORDERED that the parties, including individuals with settlement authority, shall confer for a period of at least one hour to discuss settlement prior to the filing of Defendant's motion.

SO ORDERED

Dated:   October 14, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE